IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

Frederick C. Benson, et al.

Plaintiff

vs.

[redacted]

Defendant

Case Number

26-cv-9107

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Frederick C. Benson, et al.

Plaintiff

vs.

Islamic Republic of Iran, et al.

Defendant

Case Number

26-cv-2327 (MMG)

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

In the earlier-filed case, the Defendants have defaulted and a motion for default judgment is pending. The Court has granted and confirmed a writ of attachment against those Defendants' assets, which are USDT stablecoins held in six digital wallet addresses.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

In the later-filed case, a group of Plaintiffs including all of the Plaintiffs from the earlier-filed case seek to attach and ultimately execute on USDT assets that are property of an agency or instrumentality of Iran whose property is blocked pursuant to OFAC designations. Although the two cases involve different property, and only overlapping rather than identical plaintiffs, accepting the later-filed case as related will minimize the risk of conflicting rulings, or of duplicating judicial resources. Most of the issues that will be raised in the later-filed case, including issues relating to alternative service, attachment, and ultimate relief under Section 201(a) of the Terrorism Risk Insurance Act of 2002 have also been raised and considered in the earlier-filed case.

Signature: [signature] Date: 10/16/2026

Firm: Willkie Farr & Gallagher LLP